# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| TUCKER, KENNETH M § | Case No. 10-44403 |
| TUCKER, MARIANN § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK, U.S. BANKRUPTCY COURT
7th Floor, Federal Building
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 08/24/2012 in Courtroom 4016,

DuPage County Courthouse
505 North County Farm Road
Wheaton, IL  60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TUCKER, KENNETH M | § | Case No. 10-44403 |
| TUCKER, MARIANN | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,834.35 |
| and approved disbursements of | $ | 86.05 |
| leaving a balance on hand of[1] | $ | 7,748.30 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | Bank of America, N.A. | $ 414,845.23 | $ 414,845.23 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 7,748.30 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID R. BROWN | $ 1,533.44 | $ 0.00 | $ 1,533.44 |
| Attorney for Trustee Fees: DAVID R. BROWN | $ 3,035.00 | $ 0.00 | $ 3,035.00 |
| Charges: CLERK, U.S. BANKRUPTCY COURT | $ 250.00 | $ 0.00 | $ 250.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 4,818.44 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Remaining Balance $ 2,929.86

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 881.51 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Illinois Department of Employment Security | $ 881.51 | $ 0.00 | $ 881.51 |
| | Total to be paid to priority creditors | | $ | 881.51 |
| | Remaining Balance | | $ | 2,048.35 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,771.92 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Premier Credit Union | $ 3,609.05 | $ 0.00 | $ 176.98 |
| 2 | Discover Bank, DB Servicing Corp. | $ 11,264.77 | $ 0.00 | $ 552.39 |
| 3 | Discover Bank, DB Servicing Corp. | $ 11,264.77 | $ 0.00 | $ 552.38 |
| 4 | Discover Bank, DB Servicing Corp. | $ 6,896.61 | $ 0.00 | $ 338.19 |
| 5 | American Express Bank, FSB | $ 5,197.43 | $ 0.00 | $ 254.86 |

UST Form 101-7-NFR (5/1/2011) (Page: 3)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | GE Capital Retail Bank | $ 3,539.29 | $ 0.00 | $ 173.55 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,048.35 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ David R. Brown
David R. Brown, Trustee

DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON, IL 60187

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 10-44403-DRC
Kenneth M Tucker Chapter 7
Mariann Tucker
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1　　　　User: vwalker　　　　　　　Page 1 of 3　　　　　　　　Date Rcvd: Aug 01, 2012
　　　　　　　　　　　　　Form ID: pdf006　　　　　Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2012.
```
db/jdb        Kenneth M Tucker,    Mariann Tucker,    1019 N Harvard Ave,    Villa Park, IL  60181-1114
16228003      Advanced Orthodontic Specialists,    275 N York St Ste 200,    Elmhurst, IL  60126-2780
16228005      American Express,    Costco,    P.O. Box 0001,    Los Angeles, CA  90096-8000
18419060      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA  19355-0701
16228006      Bank Of Amercia,    PO Box 25118,    Tampa, FL  33622-5118
16228009      Bank Of America,    PO Box 851001,    Dallas, TX  75285-1001
16228007      Bank Of America,    PO Box 660576,    Dallas, TX  75266-0576
16228011      Bank Of America,    Business Card,    P.O. Box 15710,    Wilmington, DE  19886-5710
16228012      Bank Of America,    PO Box 25118,    Tampa, FL  33622-5118
16228013      Bank Of America Home Loans Servicing, LP,    PO Box 10281,    Van Nuys, CA  91410-0281
18656474     +Bank of America, N.A.,    c/o Christopher M. Cahill,    LOWIS & GELLEN LLP,
               200 West Adams Street, Ste. 1900,    Chicago, IL  60606-5229
16228018      Elmhurst Memorial Healthcare,    Elmhurst Memorial Hospital,    PO Box 4052,
               Carol Stream, IL  60197-4052
16228019     +Family Care Wellness,    805 Plainfield Rd,    Darien, IL  60561-4289
18611097      Illinois Department of Employment Security,    260 East Indian Trail Road,
               Aurora, IL  60505-1733
16228020      JKS Ventures, Inc.,    8601 W Bryn Mawr Ave, Suite 116,    Chicago, IL  60631-3580
17221839     +John North,    Borla, North & Associates PC,    6912 S Main Street  Ste 200,
               Downers Grove, IL  60516-3450
16228002      Law Office of David J Boersma,    1776-A S Naperville Road Suite 200,    Wheaton, IL  60189-5843
16228021     +Len's Ace Hardware, Inc.,    30 W Lake St,    Addison, IL  60101-2798
16228022      Levi DalSanto,    And Frances DalSanto,    1213 Hunter Court,    Addison, IL  60101-1125
17221837     +Loretta Forsner,    8437 S Charleston Dr,    Burr Ridge, IL 60527-6243
16228023      Medical Business Bureau, LLC,    For Northshore Univ Health System,    PO Box 1219,
               Park Ridge, IL  60068-7219
16228024      Medical Recovery Specialists, Inc.,    For Northshore Univ Health System,
               2250 E Devon Ave Ste 352,    Des Plaines, IL  60018-4519
17221838     +Nancy Montelbano,    8437 S Charleston Dr,    Burr Ridge, IL 60527-6243
16228025      Northshore University Health System,    9532 Eagle Way,    Chicago, IL  60678-0001
16228027     +PNC Bank,    6750 Miller Rd,    Brecksville, OH 44141-3239
16228026      Pattern-Crete, Inc.,    90 E Hill St,    Villa Park, IL  60181-1820
16595717     +Pauley Petersen &,    Erickson,    2800 W Higgins Rd,    Ste 365,    Hoffman Estates IL 60169-7223
16228028     +Prairie Material,    7601 W 79th St,    Bridgeview, IL 60455-1409
16228029      Premier Credit Union,    1212 W Northwest Hwy,    Suite 1212,    Palatine, IL  60067-1897
16228030      Premier Visa,    Customer Service,    PO Box 30495,    Tampa, FL  33630-3495
16228031      Quest Diagnostics,    PO Box 809403,    Chicago, IL  60680-9403
16228033     +State of IL, Dept Employment Security,    Field Audit Section, Heather Happ,    33 S State St,
               Chicago, IL 60603-2808
16228034      State of IL, Dept. Employment Security,    Field Audit Section, Heather Happ,
               837 Westmore Meyers Rd, Ste B1,    Lombard, IL  60148-6515
17221840     +Tony Mankus,    Mankus & Marchan Ltd,    5950-E Lincoln Ave,    Lisle, IL 60532-2612
16228000      Tucker Kenneth M,    1019 N Harvard Ave,    Villa Park, IL  60181-1114
16228001      Tucker Mariann,    1019 N Harvard Ave,    Villa Park, IL  60181-1114
16228036      Visa,    PO Box 4521,    Carol Stream, IL  60197-4521
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16228004      E-mail/Text: bkr@cardworks.com Aug 02 2012 03:16:37     Advanta Bank Corp,    PO Box 8088,
               Philadelphia, PA  19101-8088
16228015      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 02 2012 04:55:22      Discover Card,    PO Box 30943,
               Salt Lake City, UT  84130-0943
18329824      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 02 2012 04:55:22
               Discover Bank,DB Servicing Corp.,    PO Box 3025,    New Albany, OH  43054-3025
16228014      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 02 2012 04:55:22      Discover Card,    PO Box 6103,
               Carol Stream, IL  60197-6103
16228016      E-mail/Text: collector@dupageco.org Aug 02 2012 03:19:16      DuPage County Collector,
               Bill Payment Center,    PO Box 4203,    Carol Stream, IL  60197-4203
16228017      E-mail/Text: sdervis@emhc.org Aug 02 2012 03:20:41      Elmhurst Clinic,
               Division Of Elmhurst Memorial Healthcare,    Department 4585,    Carol Stream, IL  60122-4585
18508856      E-mail/PDF: rmscedi@recoverycorp.com Aug 02 2012 05:04:54      GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16228032      E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2012 05:14:42      Sam's Club,    PO Box 530942,
               Atlanta, GA  30353-0942
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16228010     ##Bank Of America,    PO Box 15184,    Wilmington, DE  19850-5184
16228008     ##Bank Of America,    PO Box 15026,    Wilmington, DE  19850-5026
16228035     ##Target National Bank,    PO Box 59317,    Minneapolis, MN  55459-0317
                                                                                TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: vwalker              Page 2 of 3               Date Rcvd: Aug 01, 2012
                              Form ID: pdf006            Total Noticed: 45
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 03, 2012**                        **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: vwalker              Page 3 of 3              Date Rcvd: Aug 01, 2012
                              Form ID: pdf006            Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2012 at the address(es) listed below:
         Christopher M Cahill   on behalf of Creditor  BANK OF AMERICA, N.A. ccahill@lowis-gellen.com,
          abockman@lowis-gellen.com
         David J Boersma   on behalf of Debtor Kenneth Tucker attorneyboersma@sbcglobal.net
         David R Brown   dbrown@springerbrown.com,   dbrown@ecf.epiqsystems.com;jill@springerbrown.com
         Nicole K Fishkin   on behalf of Plaintiff David Brown nfishkin@otrlaw.com
         Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
         Tony  Mankus   on behalf of Interested Party Loretta Forsner tman@irstax.com
                                                                                 TOTAL: 6

Case 10-44403   Doc 51   Filed 08/01/12   Entered 08/03/12 23:53:22   Desc Imaged
Certificate of Notice   Page 7 of 7