UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
TUCKER, KENNETH M § Case No. 10-44403
TUCKER, MARIANN §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/DAVID R. BROWN_____
                                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Home Loans Servicing, LP PO Box 10281 Van Nuys, CA  91410-0281 | | | | | |
| | Bank Of America PO Box 660576 Dallas, TX  75266-0576 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DuPage County Collector Bill Payment Center PO Box 4203 Carol Stream, IL  60197-4203 | | | | | |
| | Levi DalSanto And Frances DalSanto 1213 Hunter Court Addison, IL  60101-1125 | | | | | |
| | PNC Bank 6750 Miller Rd Brecksville, OH  44141-3262 | | | | | |
| 8 | BANK OF AMERICA, N.A. | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CLERK, U.S. BANKRUPTCY COURT | | | | | |
| DAVID R. BROWN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanced Orthodontic Specialists 275 N York St Ste 200 Elmhurst, IL  60126-2780 | | | | | |
| | Advanta Bank Corp PO Box 8088 Philadelphia, PA  19101-8088 | | | | | |
| | American Express Costco P.O. Box 0001 Los Angeles, CA  90096-8000 | | | | | |
| | Bank Of Amercia PO Box 25118 Tampa, FL  33622-5118 | | | | | |
| | Bank Of Amercia PO Box 25118 Tampa, FL  33622-5118 | | | | | |
| | Bank Of America Business Card P.O. Box 15710 Wilmington, DE  19886-5710 | | | | | |
| | Bank Of America PO Box 15026 Wilmington, DE  19850-5026 | | | | | |
| | Bank Of America PO Box 15184 Wilmington, DE  19850-5184 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank Of America PO Box 25118 Tampa, FL  33622-5118 |  |  |  |  |  |
|  | Bank Of America PO Box 660576 Dallas, TX  75266-0576 |  |  |  |  |  |
|  | Bank Of America PO Box 851001 Dallas, TX  75285-1001 |  |  |  |  |  |
|  | Discover Card PO Box 30943 Salt Lake City, UT  84130-0943 |  |  |  |  |  |
|  | Discover Card PO Box 30943 Salt Lake City, UT  84130-0943 |  |  |  |  |  |
|  | Discover Card PO Box 6103 Carol Stream, IL  60197-6103 |  |  |  |  |  |
|  | Discover Card PO Box 6103 Carol Stream, IL  60197-6103 |  |  |  |  |  |
|  | Elmhurst Clinic Division Of Elmhurst Memorial Healthcare Department 4585 Carol Stream, IL  60122-4585 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Elmhurst Memorial Healthcare Elmhurst Memorial Hospital PO Box 4052 Carol Stream, IL  60197-4052 | | | | | |
| | Elmhurst Memorial Healthcare Elmhurst Memorial Hospital PO Box 4052 Carol Stream, IL  60197-4052 | | | | | |
| | Family Care Wellness 805 Plainfield Rd Darien, IL 60561-4287 | | | | | |
| | JKS Ventures, Inc. 8601 W Bryn Mawr Ave, Suite 116 Chicago, IL  60631-3580 | | | | | |
| | Len's Ace Hardware, Inc. 30 W Lake St Addison, IL 60101-2764 | | | | | |
| | Medical Business Bureau, LLC For Northshore Univ Health System PO Box 1219 Park Ridge, IL  60068-7219 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Medical Recovery Specialists, Inc. For Northshore Univ Health System 2250 E Devon Ave Ste 352 Des Plaines, IL 60018-4519 | | | | | |
| | Northshore University Health System 9532 Eagle Way Chicago, IL  60678-0001 | | | | | |
| | Prairie Material 7601 W 79th St Bridgeview, IL  60455-1115 | | | | | |
| | Premier Credit Union 1212 W Northwest Hwy Palatine, IL 60067-1897 | | | | | |
| | Premier Visa Customer Service PO Box 30495 Tampa, FL  33630-3495 | | | | | |
| | Quest Diagnostics PO Box 809403 Chicago, IL  60680-9403 | | | | | |
| | Sam's Club PO Box 530942 Atlanta, GA  30353-0942 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State of IL, Dept Employment Security Field Audit Section, Heather Happ 33 S State St Chicago, IL  60603-2804 | | | | | |
| | State of IL, Dept. Employment Security Field Audit Section, Heather Happ 837 Westmore Meyers Rd, Ste B1 Lombard, IL  60148-6515 | | | | | |
| | Target National Bank PO Box 59317 Minneapolis, MN 55459-0317 | | | | | |
| | Visa PO Box 4521 Carol Stream, IL  60197-4521 | | | | | |
| 5 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 2 | DISCOVER BANK,DB SERVICING CORP. | | | | | |
| 3 | DISCOVER BANK,DB SERVICING CORP. | | | | | |
| 4 | DISCOVER BANK,DB SERVICING CORP. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | GE CAPITAL RETAIL BANK | | | | | |
| 1 | PREMIER CREDIT UNION | | | | | |
| 9-1 | FIA CARD SERVICES, SUCCESSOR TO BAN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |